Frank MACKETT, Jr., Appellant, v. UNIT-
ED STATES of America, Appellee.

No. 4309.

Circuit Court of Appeals, Fourth Circuit.

Jan. 24, 1938.

Lyman G. Wheeler, of Milwaukee, Wis., and Alfred Anderson, of Norfolk, Va., for appellant.

Sterling Hutcheson, U. S. Atty. and John V. Cogbill, Asst. U. S. Atty., both of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.

---

MARVEL CARBURETOR COMPANY, a corporation, and Charles H. Kirby, Appellants, v. William ROWERDINK and Harmon Rowerdink, Doing Business under the Assumed Name of Electric Service Station, and Bendix Products Corporation, Appellees.

No. 7472.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1938.

Rice & Rice, of Grand Rapids, Mich., and Carton, Gault & Davison, of Flint, Mich., for appellants.

Liverance & Van Antwerp, of Grand Rapids, Mich., and Brown, Jackson, Boettcher & Dienner, of Chicago, Ill., for appellees.

Before SIMONS, ALLEN, and HAM-ILTON, Circuit Judges.

PER CURIAM.

The decree below is affirmed for the reasons stated in the opinion of the District Judge.

Decree affirmed.

---

William F. MATHEW, Plaintiff-Appellee, v. Alden BAKER, Receiver of The First National Bank of Lewisville, Indiana, Defendant-Appellant.

Charles J. CALDWELL, Plaintiff-Appellee, v. Alden BAKER, Receiver of The First National Bank of Lewisville, Indiana, Defendant-Appellant.

Nos. 6222, 6223.

Circuit Court of Appeals, Seventh Circuit.

Nov. 29, 1937.

Paul R. Benson, of New Castle, Ind., and Geo. M. Barnard and Raymond L. Walker, both of Indianapolis, Ind., for appellant.

Chauncey W. Duncan, of Rushville, Ind., and Waldo C. Ging, of Greenfield, Ind., for appellee.

Before EVANS, MAJOR, and LINDLEY, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel, and this cause comes on to be heard on the transcript of the record from the District Court of the United States for the Southern District of Indiana, Indianapolis Division, and briefs of counsel, and on oral argument by Mr. Paul R. Benson, counsel for appellant, and Mr. Waldo C. Ging, counsel for appellee.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed, with costs.